IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| KOFI MODIBO AJABU | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| HAMILTON COUNTY PROSECUTOR'S | ) |
| OFFICE, WAYNE STURTEVANT, FORMER | ) |
| HAMILTON COUNTY PROSECUTOR, KEN | ) |
| ROBERTS, KOFI AJABU'S DEFENSE | ) CASE NO. 1:16-CV-2613-TWP-DKL |
| ATTORNEY, ROBERTS & BISHOP LAW | ) |
| OFFICE, KEVIN SCIONTI ESTATE | ) |
| (DECEASED), KOFI AJABU DEFENSE | ) |
| ATTORNEY, SONIA LEERKAMP, FORMER | ) |
| HAMILTON COUNTY PROSECUTOR, BRUCE | ) |
| LEMMONS, COMMISSIONER, INDIANA | ) |
| DEPARTMET OF CORRECTIONS, | ) |
| ERIC K. KOSELKE, APPEALS ATTORNEY | ) |
| | ) |
| Defendants | ) |

## NOTICE OF AUTOMATIC INITIAL EXTENSION OF TIME

Defendant, Eric K. Koselke, Appeals Attorney ("Koselke"), by counsel and pursuant to Fed. R. Civ. P. 6(b) and S.D. Ind. L.R. 6.1, hereby notifies the Court of an automatic initial enlargement of time of twenty-eight (28) days, through and including November 21, 2016 within which to respond to the Complaint for Injuctive [sic] and Declaratory Relief, Damages and Jury Demand ("Complaint") filed by Plaintiff, Kofi Modibo Ajabu ("Ajabu").

1. Ajabu filed his Complaint on October 3, 2016, making Koselke's response originally due no sooner than October 24, 2016. Fed. R. Civ. P. 6(a) and 12(a)(1)(A). Undersigned counsel was recently retained to defend Koselke's interests in this action and reasonably requires an initial extension of twenty eight (28) days, through and including November 21, 2016 to consult with Koselke and respond to Ajabu's Complaint.

2.     This is the first request for an extension which Koselke has sought to respond to Ajabu's Complaint.  The requested extension will not interfere with a case management plan, scheduled hearings, or other deadlines because none have been set.  The adverse party, Ajabu, is not represented by counsel in this action.

WHEREFORE, Defendant, Eric K. Koselke, Appeals Attorney, provides notice of this initial enlargement of time of twenty eight (28) days, through and including November 21, 2016, to respond to the Complaint for Injctive [sic] and Declaratory Relief, Damages and Jury Demand filed by Plaintiff, Kofi Modibo Ajabu


Dated: October 19, 2016              s/James O. Giffin
                                     James O. Giffin
                                     Atty. No. 24897-49
                                     RILEY BENNETT EGLOFF LLP
                                     141 East Washington Street, Fourth Floor
                                     Indianapolis, IN  46204
                                     (317) 636-8000
                                     (317) 636-8027-fax
                                     jgiffin@rbelaw.com

                                     Attorney for Defendant,
                                     Eric K. Koselke, Appeals Attorney

CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of October, 2016, I electronically filed the foregoing *Notice of Automatic Initial Extension of Time* with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

troberts@roberts-bishop.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Kofi M. Ajabu
DOC # 955750
Wabash Valley Correctional Facility
6908 S. Old U.S. Highway 41
P.O. Box 1111
Carlisle, IN  47838

                                                s/James O. Giffin
                                                James O. Giffin