UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KOFI MODIBO AJABU, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1:16-cv-02613-TWP-DKL |
| ) | |
| HAMILTON COUNTY PROSECUTOR'S ) | |
| OFFICE, ) | |
| WAYNE STURTEVANT former Hamilton ) | |
| County Prosecutor, ) | |
| KEN ROBERTS Kofi Ajabu's defense ) | |
| attorney, ) | |
| ROBERTS & BISHOP LAW OFFICE, ) | |
| ESTATE OF KEVIN SCIONTI deceased, ) | |
| Kofi Ajabu defense attorney, ) | |
| SONIA LEERKAMP former Hamilton ) | |
| County prosecutor, ) | |
| BRUCE LEMMONS Commissioner, Indiana ) | |
| Department of Corrections, ) | |
| ERIC K. KOSELKE appeals attorney, ) | |
| ) | |
| Defendants. ) | |

**Entry Denying Motions for Clerk's Entry of Default**

Plaintiff Kofi Modibo Ajabu seeks entry of default against defendant Eric Koselke arguing that defendant Koselke has failed to timely respond to the complaint.

Ajabu filed the complaint in this case on October 3, 2016, and served Koselke by summons on October 5, 2016. Koselke therefore had through October 26, 2016, to respond to the complaint. Koselke filed a Notice of Automatic Initial Extension of Time on October 19, 2016, and then filed a motion to dismiss on November 21, 2016. Ajabu contends that the *Federal Rules of Civil Procedure* do not allow for an automatic initial extension of time, however, this Court's Local Rules do. Local Rule 6-1 specifically allows for initial automatic extensions of time. Koselke's

motion to dismiss was filed within the timeframe permitted by Local Rule 6-1 and he is therefore not in default. Accordingly, Ajabu's motions for default [dkt 24] and [dkt 29] are **denied**.

    **IT IS SO ORDERED.**

Date: 1/31/2017

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Kofi Modibo Ajabu
955750
Wabash Valley Correctional Facility
6908 S. Old US Hwy 41
P.O. Box 1111
Carlisle, IN 47838

All electronically registered counsel